UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DARRY HENDERSON,<br><br>    Plaintiff,<br><br>  v.<br><br>MASSACHUSETTS BAY TRANSPORTATION AUTHORITY,<br><br>    Defendant. | 1:17-CV-12100-PBS |

**DEFENDANT MASSACHUSETTS BAY TRANSPORTATION AUTHORITY'S MOTION FOR SANCTIONS FOR FAILURE TO COMPLY WITH COURT ORDER**

Pursuant to Rule 37(b)(2)(A) of the Federal Rules of Civil Procedure, the defendant Massachusetts Bay Transportation Authority ("MBTA") respectfully requests that this Court issue sanctions against the plaintiff Darry Henderson ("Henderson") for his failure to comply with the Court's January 28, 2019 Order [ECF Doc. 49] (the "Order") granting, in part, the MBTA's motion to compel discovery.

The Order compelled Henderson to supplement his responses to Interrogatories 15 and 18 and to provide executed medical authorizations for all healthcare providers by February 8, 2019. Despite numerous communications from counsel for the MBTA, Henderson has not provided executed medical authorizations and has not complied with the Court's Order. Accordingly, for the reasons more fully set forth in the memorandum accompanying and incorporated in this motion, the MBTA moves this Court to issue sanctions, in its discretion, (1) precluding Henderson from seeking or recovering any damages for emotional distress; and (2) awarding the MBTA its attorneys' fees and costs associated with these discovery motions.

WHEREFORE, the MBTA respectfully requests that the Court grant its motion for sanctions, attorneys' fees and costs, and the preclusion of any claim for or recovery of emotional distress, and grant the MBTA such other and further relief as the Court deems just and proper.

### REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(d), the MBTA requests a hearing on this motion.

### CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(A)(2)

Pursuant to Local Rule 7.1(a)(2), the undersigned counsel certifies that, prior to making this motion, they conferred with counsel for Plaintiff by letter dated February 12, 2019 and by telephone on February 14, 2019 in a good-faith attempt to resolve or narrow the issues presented in this motion. Those efforts were unsuccessful, as Plaintiff has not fully complied with the Court Order compelling his discovery responses.

Respectfully submitted,

MASSACHUSETTS BAY TRANSPORTATION AUTHORITY

By its attorneys,

*/s/ Andrew E. Silvia*
David J. Santeusanio (BBO No. 641270)
*david.santeusanio@hklaw.com*
Andrew E. Silvia (BBO No. 681922)
*andrew.silvia@hklaw.com*
HOLLAND & KNIGHT LLP
10 St. James Avenue
Boston, MA  02116
(617) 523-2700

Dated:  February 19, 2019

## CERTIFICATE OF SERVICE

      I hereby certify that a true copy of the above document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to any party indicated as non-registered participants on this 19th day of February, 2019.

                                      */s/ Andrew E. Silvia*_____
                                      Andrew E. Silvia