UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Darry Mason Henderson

    Plaintiff

    v.                          CIVIL ACTION 1:17-12100-PBS

Massachusetts Bay Transportation Authority

    Defendant

JUDGMENT

<u>SARIS, C.J.</u>

In accordance with the Court's Memorandum and Order [dkt # 101] dated June 17, 2019, granting defendant's motion for summary judgment, it is hereby ORDERED:

Judgment entered for the MBTA.

By the Court,

<u>June 18, 2019</u>                                      /s/ Arnold Pacho
Date                                                  Deputy Clerk